| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Arthur C. Hypolite, *et al.*, §
§
      Plaintiffs, §
§
*versus* §   Civil Action H-04-1468
§
City of Houston, §
§
      Defendant. §

## Order Denying Reconsideration

The motion for reconsideration of the court's final judgment is denied (51).

Signed on January 4, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge